PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $147,900.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 1:16-CV-00805-AWI-SKO<br><br>**STIPULATION AND ORDER TO EXTEND CLAIMANT YIN YE YANG'S DEADLINE TO FILE HIS ANSWER TO THE VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** |

　　　　It is hereby stipulated by and between the parties, through their respective counsel, Jeffrey A. Spivak, Assistant U.S. Attorney for the United States, and Charles F. Magill, attorney for Claimant Yin Ye Yang (hereafter "Claimant"), that the time for Claimant to answer the Verified Complaint for Forfeiture *In Rem* shall be extended to September 28, 2016.

　　　　Claimant filed his claim on August 4, 2016.  Pursuant to Rule G(5)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant's Answer was due on August 25, 2016, 21 days after his claim was filed.

　　　　On August 29, 2016, Charles Magill, counsel for Claimant, contacted Assistant U.S. Attorney Jeffrey A. Spivak and requested an extension to file the answer to the complaint and to respond to the Special Interrogatories propounded upon Claimant.  The United States granted Claimant an extension to file his answer and the discovery responses to September 28, 2016.

///

The parties thus stipulate and request this Court, pursuant to Local Rule 144, to grant Claimant's extension to file his answer to September 28, 2016.

Dated: September 21, 2016                             PHILLIP A. TALBERT
                                                      Acting United States Attorney


                                              By:    /s/ Jeffrey A. Spivak
                                                      JEFFREY A. SPIVAK
                                                      Assistant U.S. Attorney


Dated: September 21, 2016                     By:    /s/ Charles F. Magill
                                                      CHARLES F. MAGILL
                                                      Attorney for Claimant Yin Ye Yang
                                                      (As authorized on 09/21/2016)

**ORDER**

Based on the above stipulation, it is hereby ORDERED that Claimant shall file an answer or otherwise respond to the government's Verified Complaint for Forfeiture *In Rem* on or before September 28, 2016.

IT IS SO ORDERED.

Dated:   **September 22, 2016**                       /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE