PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:16-CV-00805-SKO |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $147,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

Based on the Order Granting Plaintiff's Motion to Strike the Claim and Answer of Yin Ye Yang and Granting Plaintiff's Motion for Default Judgment (Doc. 25), and the files and records of the Court, it is HEREBY ORDERED THAT:

1. Yin Ye Yang is held in default.

2. A judgment by default is hereby entered against any right, title, or interest in the Defendant Approximately $147,900.00 in U.S. Currency (the "Defendant Currency") of Yin Ye Yang and all other potential claimants who have not filed claims in this action.

3. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the Defendant Currency, including all right, title, and interest of Yin Ye Yang; and vesting all right, title, and interest in the Defendant Currency in the United States, to be disposed of according to law.

4. All parties shall bear their own costs and attorney's fees.

//

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **June 6, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE